IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

    Plaintiff,

v.

TURNER CONSTRUCTION COMPANY,

    Defendant.

                                             /

No. C 05-01770 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINES OF INITIAL DISCLOSURES**

The case management conference is **CONTINUED** to **THURSDAY, AUGUST 25, 2005, AT 11:00 A.M.** A joint case management statement is due at least **SEVEN DAYS PRIOR**. All deadlines for Rule 26 disclosures are **EXTENDED** to **AUGUST 25, 2005**.

**IT IS SO ORDERED.**

Dated: July 27, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE