IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS, | No. C 05-01770 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES** |
| TURNER CONSTRUCTION COMPANY, | |
| Defendant. | |

The Court **DENIES** the ex parte request of defendant to continue the case management conference. A one-month delay is unnecessary.

**IT IS SO ORDERED.**

Dated: August 5, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE