IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

    Plaintiff,

  v.

TURNER CONSTRUCTION CO.,

    Defendant.

          /

No. C 05-01770 WHA

**ORDER RE STIPULATED DISMISSAL**

    Given that parties have reached a settlement in this case, they are **ORDERED** to file a request for stipulated dismissal by noon, December 7, 2005.

**IT IS SO ORDERED.**

Dated: November 23, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE