SEYFARTH SHAW LLP
William J. Dritsas (State Bar No. 097523)
wdritsas@seyfarth.com
Andrew M. McNaught (State Bar No. 209093)
amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
TURNER CONSTRUCTION COMPANY

LAW OFFICE OF THOMAS P. CAREY
Thomas P. Carey (State Bar No. 131995)
thomaspcarey@yahoo.com
1011 Portola Drive
San Francisco, California 94127
Telephone: (415) 504-7029
Facsimile: (415) 504-7194

Attorney for Plaintiff
MICHAEL HARRIS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS, | Case No. C 05 01770 WHA |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| TURNER CONSTRUCTION COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL HARRIS and Defendant TURNER CONSTRUCTION COMPANY, INC., through their respective counsel of record, that Plaintiff's entire complaint and all causes of action are dismissed with prejudice. Each party will bear its own attorneys' fees and costs of suit.

STIPULATED DISMISSAL AND ~~PROPOSED~~ ORDER/C 05 01770 WHA

DATED: December 7, 2005                          SEYFARTH SHAW LLP

                                                  By:          /s/
                                                     William J. Dritsas
                                                     Andrew M. McNaught

                                                  Attorneys for Defendant
                                                  TURNER CONSTRUCTION COMPANY

DATED: December 7, 2005                          LAW OFFICE OF THOMAS P. CAREY

                                                  By:          /s/
                                                     Thomas P. Carey

                                                  Attorneys for Plaintiff
                                                  MICHAEL HARRIS

**ORDER**

The Clerk shall close the file.
    IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

DATED:  December 8, 2005                 _____
                                          United States District Court Judge